RONALD M. TURECK ET AL. *v.* DAVID P. GEORGE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 154 (AC 14927), is denied.

BERDON and NORCOTT, Js., did not participate in the consideration or decision of this petition.

*Roger J. Frechette*, in support of the petition.

Decided March 13, 1997

STATE OF CONNECTICUT *v.* VINCENT WHITELY

The defendant's petition for certification for appeal from the Appellate Court (AC 16546) is denied.

*James B. Streeto*, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided March 27, 1997